686 A.2d 760

NORMAN ENDE, M.D. v. STANLEY COHEN, M.D., ETC., ET AL.

November 4, 1996.

ORDER

Leave to appeal is granted.

686 A.2d 760

STATE OF NEW JERSEY v. WILLIAM H. GREEN.

December 4, 1996.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.